AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

UINTA BANK, a Wyoming state chartered, FDIC insured bank

Plaintiff,

v.

SUNTUITY SOLAR, a New Jersey corporation,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:23-cv-94-HCN-JCB

IT IS ORDERED AND ADJUDGED

1. That default judgment is granted in favor of the plaintiff and against the defendant;
2. That compensatory damages are awarded to plaintiff in the amount of $1,039,271.05 plus post judgment interest.

July 2, 2024
*Date*

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge